# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JENNIFER SHANE, AN INDIVIDUAL; LYLE DAMON, AN INDIVIDUAL; KAREN DAMON, AN INDIVIDUAL; DEBORAH J. DONDERO, AN INDIVIDUAL; RON BUSER, AN INDIVIDUAL; PATTI BUSER, AN INDIVIDUAL; SCOTT PATTON, AN INDIVIDUAL; DENI CONRAD, AN INDIVIDUAL; PEGGY WOLFF, AN INDIVIDUAL; AND JEFFREY WOLFF, AN INDIVIDUAL, <br><br> Appellants, <br><br> vs. <br> CENTER FOR ADAPTIVE RIDING, A NEVADA NON-PROFIT CORPORATION; THE CITY OF RENO, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; HILLARY SCHIEVE; JENNY BREKHUS; NAOMI DUERR; OSCAR DELGADO; PAUL MCKENZIE; NEOMA JARDON; AND DAVID BOBZIEN, IN THEIR CAPACITY AS MEMBERS OF THE RENO CITY COUNCIL, <br><br> Respondents. | No. 74491 <br><br> **FILED** <br><br> NOV 1 4 2018 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY S. Young <br> DEPUTY CLERK  |

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

18-903998

cc: Hon. Elliott A. Sattler, District Judge
Margaret Crowley, Settlement Judge
Guild, Gallagher & Fuller, Ltd.
Reno City Attorney
Nevada Legal Services/Reno
Washoe District Court Clerk